George Haines, Esq.
Nevada Bar No. 9411
FREEDOM LAW FIRM, LLC
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: ghaines@freedomlegalteam.com
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN E. DURHAM,<br><br>Debtor. | Case No. 19-17961-abl<br><br>Chapter 13<br><br>Hearing<br><br>Date:  November 18, 2020<br>Time:  9:30 a.m.<br>Judge:  Hon. August B. Landis |

**<u>STIPULATION ADJOURNING DEBTOR'S MOTION TO DETERMINE FUNDBOX'S VIOLATIONS OF THE AUTOMATIC STAY AND REQUEST TO RECOVER ACTUAL DAMAGES, ATTORNEY'S FEES AND COSTS, AND PUNITIVE DAMAGES</u>**

Debtor, by and through her attorney of record George Haines of the law firm of FREEDOM LAW FIRM, LLC and Creditor, FUNDBOX , by and through its attorney of record Jennifer L. Dering of the law firm of TENAGLIA & HUNT, P.A. (collectively, the "Parties") agree and stipulate as follows:

1. The Parties have agreed to engage in a mediation of this matter.

2. Debtor's Motion to Determine Fundbox's Violations of the Automatic Stay and Request to Recover Actual Damages, Attorney's Fees and Costs, and Punitive Damages (ECF No. 61) (the "Motion for Sanction") is currently set for hearing on November 18, 2020 at 9:30 a.m.

3. In an effort to continue to conserve the Parties' and judicial resources, the Parties agree to continue briefing and the hearing on the Motion for Relief while they continue their settlement discussions.

4. As such, the Parties agree to continue the hearing on the Motion for Sanctions to January 20, 2021 at 9:30 a.m.

5. Creditor's deadline to respond to the Motion for Sanctions shall be extended to fourteen (14) days prior to the new hearing set by the Court.

6. Debtor's Reply to Creditor's Opposition shall be extended to seven (7) days prior to the new hearing set by the Court.

7. The Parties do not make this request for the sole purpose of delay.

Dated: November 14, 2020                                                Dated: November 14, 2020


FREEDOM LAW FIRM, LLC                                      TENAGLIA & HUNT P.A.

BY:   /s/George Haines                                     BY:/s/ Jennifer L. Dering
       George Haines                                              Jennifer L Dering, Esq
       8985 South Eastern Avenue, Suite #350                      1521 Concord Pike, Ste 301
       Las Vegas, NV 89123                                        Wilmington, DE 19803