_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
October 05, 2021

George Haines, Esq.
State Bar No. 9411
Benjamin Chambliss, Esq.
State Bar No. 11536
FREEDOM LAW FIRM, LLC
8985 S. Eastern Ave. Ste. 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
info@freedomlegalteam.com
*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **In Re:** | **Case No: BK-S-19-17961-ABL** <br> **Chapter 13** |
| **STEVEN E. DURHAM,** | **Hearing Date: October 5, 2021** <br> **Hearing Time: 9:30 AM** |
| **Debtor(s).** | **Continued Hearing Date: November 10, 2021** <br> **Continued Hearing Time: 9:30 AM** |

### INTERIM ORDER ON DEBTOR'S MOTION FOR SANCTIONS FOR FUNDBOX'S FAILURE TO COMPLY WITH ORDER ON DEBTOR'S MOTION TO ENFORCE SETTLEMENT AGREEMENT (ECF NO. 108)

The above matter came on for hearing at the above date and time, appearances were noted on the record, and argument was heard. To the extent the Court made findings of fact and conclusions of law on the record at the hearing, those findings of fact and conclusions of law are incorporated into this Order by this reference pursuant to Fed. R. Civ. P. 52(a)(1) and (2), made applicable in this proceeding pursuant to Fed. R. Bankr. P. 7052.

Based upon the record before the Court, for the reasons stated on the record at the hearing on October 5, 2021, and for good cause appearing:

IT IS HEREBY ORDERED that Debtor's Motion to hold Fundbox in contempt for failing to comply with the Order on Debtor's Motion to Enforce Settlement Agreement is GRANTED as to liability;

IT IS FURTHER ORDERED that the hearing on Debtor's Motion shall be continued to November 10, 2021, at 9:30 a.m., solely with respect to this Court's determination of damages to be awarded in connection with this matter;

IT IS FURTHER ORDERED that, no later than November 8, 2021, Debtor may supplement the record with Declarations regarding the damages, attorney's fees and costs sought in connection with this matter;

IT IS SO ORDERED.

Respectfully submitted by:

/s/ Benjamin M. Chambliss, Esq.
Benjamin M. Chambliss, Esq.
FREEDOM LAW FIRM, LLC
*Attorneys for Debtor*

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**ALTERNATIVE METHOD UNDER LOCAL RULE 9021**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement set forth in LR 9021(b)(1).

_X_ No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond , as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

/s/ Benjamin M. Chambliss, Esq.                    Date: October 5, 2021
Benjamin M. Chambliss, Esq.
FREEDOM LAW FIRM, LLC
*Attorneys for Debtor*

###